JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOWAN PARKER, | ) Case No. CV 21-7940-VAP (JPR) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| D. ASUNCION, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Denying Motion for Extension of Time/Stay and Abeyance and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: October 8, 2021

VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE